

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: DISH NETWORK L.L.C. AND ECHOSPHERE L.L.C., | § | No. 08-18-00214-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

The Court has this day considered the Relators' emergency motion for stay of underlying proceedings and concludes that the motion should be GRANTED.  The 243rd District Court of El Paso County, Texas is ordered to stay all proceedings, including pre-arbitration discovery, in cause number 2016-DCV-2745, styled *Yvette Delgado v. Dish Network L.L.C. and Echosphere L.L.C.,* pending resolution of this original proceeding or further order of this Court.  Further, the Court has determined that no action will be taken on the Relators' Petition for Writ of Mandamus pending a response from the Real Party in Interest. The response is requested to be filed on or before December 30, 2018.

IT IS SO ORDERED this 30th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.